**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>YU, FU YUN )<br>          Defendant. )<br>_____) | USDC Cr. Cs. No. 03-00041-011<br><br>**TERMINATION**<br><br>FILED<br>Clerk<br>District Court<br><br>AUG - 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

**Re:    Report and Order Terminating Term of Probation**

      On June 30, 2004, Ms. Yu was sentenced in the District Court of the Northern Mariana Islands for Attempted Improper Entry by an Alien, in violation of 8 U.S.C. §1325(a). She was ordered to serve one year probation with conditions to include: that she not commit another federal, state, or local crime; pay a special assessment fee of $10.00; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; and perform 100 hours community service. The Court also ordered that Ms. Yu not unlawfully possess a controlled substance, but suspended the drug testing condition based on its determination that she poses a low risk for future substance abuse.

      Ms. Yu has complied with the conditions of her supervised release. She paid her special assessment fee on June 30, 2004, and completed the 100 hours of community service on August 12, 2004.

      Ms. Yu's supervised release expired on June 29, 2005. Therefore, it is recommended that she be discharged from supervised release and the proceedings in this case be terminated.

      RESPECTFULLY submitted this 13th day of July 2005.

                                                        FRANK MICHAEL CRUZ
                                                        Chief U.S. Probation Officer

                             By: _____
                                        MARGARITA DLG WONENBERG
                                        U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    AUSA
        Defense Counsel
        File

TERMINATION
Report and Order Terminating Term of Probation
Re:   YU, Fu Yun
USDC Cr. Cs. No.  03-00041-011
July 8, 2005
Page 2

********************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Fu Yun Yu be discharged from supervised release and that the proceeding in the case be terminated.

Dated this ___6TH___ day of ~~July~~ AUGUST 2005.


_____
District Judge
U.S. District Court
of the Northern Mariana Islands